# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| GROUPON, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GROUPOCITY, LLC, <br><br> Defendant. | Case No. 10-cv-1126 |

## STIPULATION AND JOINT MOTION FOR DISMISSAL

Plaintiff Groupon, Inc. and Defendant Groupocity, LLC, hereby stipulate that they have entered into a Settlement Agreement resolving their dispute, and move this Court pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure for entry of an order dismissing all pending claims against Groupocity. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

Dated: March 26, 2010

VALAUSKAS & PINE LLC

By: /s/Jeffrey A. Pine
Jeffrey A. Pine, Esq.
Allison Michelle Corder, Esq.
VALAUSKAS & PINE LLC
150 South Wacker Drive, Suite 620
Chicago, Illinois 60606
Telephone: (312) 673-0360
pine@vp-law.com; corder@vp-law.com

*Attorneys for Plaintiff Groupon, Inc.*

Dated: March 26, 2010

By: /s/Heidi L. Belongia
Heidi L. Belongia
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Telephone: 312.832.4354
Facsimile: 312.832.4700
hbelongia@foley.com

Foley & Lardner LLP

By: /s/ Curt P. Creely
Curt P. Creely
FOLEY & LARDNER LLP
100 North Tampa Street, Ste. 2700
Tampa, Florida 33602-5810
Telephone: (813) 229-2300
ccreely@foley.com

*Attorneys for Defendant Groupocity, LLC*